FILE COPY

RE: Case No. 25-0190                DATE: 3/13/2025
    COA #: 15-24-00026-CV           TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 16, 2025.**

                    SAMUEL  SAN MIGUEL
                    TEXAS CIVIL COMMITMENT CENTER
                    2600 S. SUNSET AVE.
                    LITTLEFIELD, TX  79339

FILE COPY

RE: Case No. 25-0190           DATE: 3/13/2025
COA #: 15-24-00026-CV       TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 16, 2025.**


LUCY  PRUITT
LAW ENFORCEMENT DEFENSE DIVISION
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190          DATE: 3/13/2025
    COA #: 15-24-00026-CV          TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **April 16, 2025.**

                  CHRISTOPHER  PRINE
                  FIFTEENTH COURT OF APPEALS
                  P.O, BOX 12852
                  AUSTIN, TX  78711
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190           DATE: 3/13/2025
COA #: 15-24-00026-CV       TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 16, 2025.**

> MS. AMBER ROCHELLE PICKETT
> LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
> 2100 ROSS AVE.
> STE. 2000
> DALLAS, TX  75202
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190          DATE: 3/13/2025
     COA #: 15-24-00026-CV        TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

     Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 16, 2025.**


                 DISTRICT CLERK  LAMB COUNTY
                 LAMB COUNTY COURTHOUSE
                 100 6TH ST., ROOM 212
                 LITTLEFIELD, TX  79339-3366
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0190                     DATE: 3/13/2025
    COA #: 15-24-00026-CV                TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY

     Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under TEX. R.
APP. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **April 16, 2025.**


                    MS. NICHOL L. BUNN
                    LEWIS BRISBOIS BISGAARD & SMITH
                    2100 ROSS AVE., STE. 2000
                    DALLAS, TX  75201
                    * DELIVERED VIA E-MAIL *